# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARN SING SAECHAO,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:16-cv-1716- JLT<br><br>**ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MAY 31, 2017** |

On May 31, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute and failure to comply with the Court's scheduling order, which required proof of service of the confidential letter brief. (Doc. 11) On June 1, 2017, Plaintiff's counsel filed a response indicating the letter brief has been served upon Defendant. (Doc. 12)

Accordingly, the Court **ORDERS** that the Order to Show Cause dated May 31, 2017 (Doc. 1) is **DISCHARGED**.

IT IS SO ORDERED.

  Dated: __**June 5, 2017**__          __**/s/ Jennifer L. Thurston**__
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.